UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                         RE:    **MICHAEL ANTHONY CARABALLO**
                                   **Docket Number:  1:95CR05301-01 OWW**
                                   **NOTICE OF EXPIRED CASE/**
                                   **REQUEST TO VACATE PETITION AND**
                                   **RECALL WARRANT**

Your Honor:

On August 10, 1998, Michael Anthony Caraballo was sentenced to 90 months custody of the Bureau of Prisons, 36 months supervised release, $150 special assessment and $3,590 restitution, subsequent to Caraballo's guilty plea to 18 USC 2119, Carjacking (2 counts) and 18 USC 924(c)(1), Use of a Firearm During a Crime of Violence. Caraballo was released to supervision on July 25, 2002.

On March 21, 2003, Your Honor ordered a no bail arrest warrant regarding this releasee, subsequent to the undersigned officer filing a Probation 12C alleging the releasee was in violation of the conditions of supervision (new law violation, use of a controlled substance and failure to participate in substance abuse program, including testing).

According to U.S. Marshal's records, the warrant was executed on November 13, 2003. Marshal's records further indicate the releasee was never taken into federal custody on the violation warrant.

It recently came to the attention of the probation office in Visalia, California, that the releasee was in custody at the Tulare County Jail on new charges of Burglary.

A review of events regarding this releasee's federal case seem to indicate that because the releasee was not taken into federal custody after the warrant was executed on

RE: Caraballo, Michael Anthony
Docket Number: 1:95CR05301-001 OWW
**NOTICE OF EXPIRED CASE / REQUEST TO VACATE PETITION AND RECALL WARRANT**

November 13, 2003, and because the original Probation 12C did not contain a declaration as required by *United States vs. Vargas-Amaya* [9th Cir. (November 22, 2004)], this releasee's supervision, as well as the Court's jurisdiction, has expired. It is recommended the Court dismiss the petition and close this case.

It is noted that according to the releasee's rapsheet, the releasee has been committed to the California Department of Corrections and Rehabilitation on three separate cases out of the Tulare County Superior Court. These sentences occurred subsequent to this Court's issuance of the violation warrant.

Respectfully submitted,

/s/ John R. Hatfield

**JOHN R. HATFIELD**
**Supervising United States Probation Officer**
(559) 499-5728

Dated:   July 14, 2009
Fresno, California
JRH

REVIEWED BY:   /s/ James E. Herbert
**JAMES E. HERBERT**
**Assistant Deputy Chief United States Probation Officer**

RE:  Caraballo, Michael Anthony
     Docket Number:  1:95CR05301-001 OWW
     **NOTICE OF EXPIRED CASE / REQUEST TO
     VACATE PETITION AND RECALL WARRANT**

**THE COURT ORDERS:**

[X] Vacate the Probation 12C-Petition for Warrant or Summons for Offender Under Supervisioin and recall the warrant issued on March 21, 2003, pursuant to **United States vs. Vargas-Amaya**,

7-28-09
Date

Signature of Judicial Officer

cc:  Dawrence W. Rice
     Assistant United States Attorney

     Eric Green
     Defense Counsel
     2100 Tulare Street
     Fresno, CA  93721